IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL CRIM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANAGEMENT & TRAINING CORP., et al.,<br><br>　　　　Defendants.<br>_____ / | 1:09-cv-02041-AWI-GSA-PC<br><br>ORDER FOR CLERK TO:<br><br>(1) FILE AMENDED COMPLAINT LODGED ON JUNE 19, 2012 AS THE THIRD AMENDED COMPLAINT FOR THIS ACTION (Doc. 68.)<br><br>(2) OPEN A NEW CIVIL RIGHTS ACTION WITH COMPLAINT LODGED ON JUNE 18, 2012 (Doc. 67.) |

　　John Michael Crim ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to <u>Bivens v. Six Unknown Agents</u>, 403 U.S. 388 (1971). On June 25, 2012, the Court issued an order requiring Plaintiff to clarify his intentions in submitting two complaints: (1) a Third Amended Complaint against defendants Management & Training Corp., Adler, Stewart, and Logan on June 19, 2012 (Doc. 68); <u>and</u> (2) a Complaint against defendants Mann and Patrick on June 16, 2012 (Doc. 67).   On June 28, 2012, Plaintiff filed a response to the Court's order, indicating that he intended the Third Amended Complaint to be filed in the present action, and the Complaint to be opened as a new civil rights case. (Doc. 71.)

///

1

Therefore, based on the foregoing, IT IS HEREBY ORDERED that:

1. The Clerk's Office is DIRECTED to:

    (1) file the Third Amended Complaint against defendants Management & Training Corp., Adler, Stewart, and Logan, lodged on June 19, 2012, as the Third Amended Complaint for this action (Doc. 68); and

    (2) open a new civil rights action with the Complaint against defendants Mann and Patrick, lodged on June 18, 2012 (Doc. 67);

2. The Third Amended Complaint shall be screened in due course.

IT IS SO ORDERED.

Dated:   **July 2, 2012**                    /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE